**Opinion issued March 11, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-20-00462-CV**

_____

**MARGO S. ATTAWAY, Appellant**

**V.**

**SANDRA ROSBY, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 99956-CV**

## MEMORANDUM OPINION

Appellant, Margo S. Attaway, has filed an agreed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Hightower.